## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 9, 2024

_____

DOCKET CORRECTION NOTICE

_____

No. 24-1426 (L), <u>Aida Elzagally v. Khalifa Hifter</u>
       1:19-cv-00853-LMB-JFA

TO:    Abdulhameed Al-Harramah, Aida Elzagally, Mais Ahmed Mayouf, Abduladeem Tunalli, Abdulhameed Tunalli, Abdulrrauf Tunalli, Alaa Tunalli, Ayah Tunalli and Muhammad Tunalli

BRIEF OR JOINT APPENDIX CORRECTION DUE: July 15, 2024

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

| |
|---|
| [XX] Brief filed using incorrect entry, please refile using: BRIEF entry – and selecting "**OPENING**" for the brief type. |
| [ XX ] <u>APPENDIX DOES NOT CONTAIN (FRAP 30, Loc. R. 30(b))</u>: Notice of appeal |
| [ XX ] Appendix citations are not in the proper format. Please refer to **<u>Appendix Pagination & Brief Citation Guide</u>** for guidance.<br>*the table of contents and brief cites page numbers as JA 001 but the pages of the JA are bates stamped with JA-001. **The format of all JA references should match how the document is bates stamped. Screenshot below is from the document linked above*** |

> • Do not insert a dash, colon, or other character between the prefix and the page number: do not use JA-123 or SA:123.

Rachel Phillips, Deputy Clerk
804-916-2702