UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 30, 2024

_____

DOCKET CORRECTION NOTICE
_____

No. 24-1426 (L), <u>Aida Elzagally v. Khalifa Hifter</u>
           1:19-cv-00853-LMB-JFA

TO:    Khalifa Hifter

FILING CORRECTION DUE:  October 7, 2024

Please make the correction identified below and file a corrected document by the date indicated.

---

[ XX ] Incorrect event used. Please refile document using BRIEF entry and selecting "reply" from the dropdown menu.

Rachel Phillips, Deputy Clerk
804-916-2702